# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
CZAPCZYK, JAMES J                     §     Case No. 11-13631
                                      §
           Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE COURT
> 219 South Dearborn
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/20/2012 in Courtroom 201,

> United States Courthouse
> 57 North Ottawa Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/12/2012          By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
CZAPCZYK, JAMES J                     §      Case No. 11-13631
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 7,000.33 |
| and approved disbursements of | $ | 133.15 |
| leaving a balance on hand of[1] | $ | 6,867.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,450.03 | $ 0.00 | $ 1,450.03 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 13.50 | $ 0.00 | $ 13.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,463.53 |
| Remaining Balance | | $ | 5,403.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,751.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | IRS | $ 29,751.00 | $ 0.00 | $ 5,403.65 |
| | Total to be paid to priority creditors | | | $ 5,403.65 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,190.11 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,683.07 | $ 0.00 | $ 0.00 |
| 000004B | IRS | $ 1,457.01 | $ 0.00 | $ 0.00 |
| 000005 | World Financial Network National Bank | $ 693.94 | $ 0.00 | $ 0.00 |
| 000006 | Capital One,N.A | $ 382.66 | $ 0.00 | $ 0.00 |
| 000007 | Chase Bank USA, N.A. | $ 1,227.62 | $ 0.00 | $ 0.00 |
| 000008 | Chase Bank USA, N.A. | $ 3,289.64 | $ 0.00 | $ 0.00 |
| 000009 | GE Money Bank | $ 6,551.01 | $ 0.00 | $ 0.00 |
| 000010 | PNC BANK | $ 6,040.18 | $ 0.00 | $ 0.00 |
| 000011 | American Express Bank, FSB | $ 3,864.98 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-13631-BWB
James J Czapczyk                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez              Page 1 of 3              Date Rcvd: Jun 18, 2012
                               Form ID: pdf006              Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2012.
```
db           +James J Czapczyk,    310 Bucktail Drive,    Oswego, IL 60543-7138
17052939     +Advocate Good Samaritan Hospital,    3815 Highland Ave,    Downers Grove, IL 60515-1590
17052940     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17844281      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17052941     +Amex,    c/o Beckett & Lee,    Po Box 3001,    Malvern, PA 19355-0701
17052942     +Avco Finance,    3300 S Parker Rd Ste 330,    Aurora, CO 80014-3518
17052943     +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3552
17052945     +Bank One,    Attention: Banktruptcy Department,    451 Florida St,    Baton Rouge, LA 70801-1724
17052946     +Bankfirst,    1509 W 41st St,    Sioux Falls, SD 57105-6370
17608595     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17052949     +Carsons Pirie Scott/HSBC,    PO BOX 15521,    Wilmington, DE 19850-5521
17052950     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17629968      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17052951     +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
17052952     +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
17052953     +Chase-pier1,    Attn: Recovery,    Po Box 15298,    Wilmington, DE 19850-5298
17052954     +Citi-bp Oil,    Po Box 6497,    Sioux Falls, SD 57117-6497
17052955     +Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
               Kansas City, MO 64195-0507
17052956     +Dependon Collection Service, Inc.,    PO Box 4833,    Oak Brook, IL 60522-4833
17052959     +Dreyer Medical Clinic,    1870 W Galena Blvd,    Aurora, IL 60506-4387
17052960     +Dupage Emergency Physicians,    PO Box 366,    Hinsdale, IL 60522-0366
17052963     +Good Samaritan Hospital,    3815 Highland Ave,    Downers Grove, IL 60515-1590
17052965      Home Deport Credit Services,    Processing Center,    Des Moines, IA 50364-0500
17052966     +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
17052967     +Hsbc/ms,    Po Box 3425,    Buffalo, NY 14240-3425
17052969     +Keynote Consulting,    220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
17052972     +Macy’s,    PO Box 8066,    Mason, OH 45040-8066
17052973     +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
17052974     +Marquette National Ban,    6316 South Western Avenue,    Chicago, IL 60636-2491
17052975     +Marquette National Bank,    6316 South Western Avenue,    Chicago, IL 60636-2491
17563674     +Marquette National Bank,    9612 W. 143rd Street,    Orland Park, IL 60462-2000
17052976     +Medical Business Bureau,    1175 Devin Dr. Ste 171,    Muskegon, MI 49441-6079
17052977     +Medical Recovery Specialists, Inc.,    2200 E Devon Ave,    Ste 288,    Des Plaines, IL 60018-4501
17052978      Midwest Diagnostic Pathology,    75 Remittance Drive Suite 3070,    Chicago, IL 60675-3070
17052980     +National City Card Ser,    P.o.box 500/k-a16-2j,    Portage, MI 49081-0500
17052981      National City Card Services,    1 National City Pk,    K-A16-2J,    Kalamazoo, MI 49009-8003
17052982     +Nbgl Carsons,    Po Box 15521,    Wilmington, DE 19850-5521
17813022     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
17052983      Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
17052984     +Riverside Phychiatric & Counseling,    PO Box 681131,    Schaumburg, IL 60168-1131
17052985     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
17052986     +Rush Copley Family Practice,    2060 Ogden Ave Suite B,    Aurora, IL 60504-4714
17052988     +Sears/cbsd,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
               Kansas City, MO 64195-0507
17052989     +Spiegel,    Attn: Bankruptcy,    Po Box 9428,    Hampton, VA 23670-0428
17052990     +Steven J Fink & Associates,    25 E Washington,    Suite 1233,    Chicago, IL 60602-1876
17052991     +Target,    Po Box 59317,    Minneapolis, MN 55459-0317
17052992     +Value City Furniture,    P.O. Box 659704,    San Antonio, TX 78265-9704
17052994     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
17052995     +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17052948     +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:37      Care Credit/ GEMB,    OH3-4233,
               950 Forrer Blvd.,    Dayton, OH 45420-1469
17052957      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2012 11:27:27      Discover,    P.O. Box 3008,
               New Albany, OH 43054-3008
17533652      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2012 11:27:27      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17052958     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2012 11:27:27      Discover Fin,    Po Box 6103,
               Carol Stream, IL 60197-6103
17052961     +E-mail/Text: fmbbankruptcy@firstmidwest.com Jun 19 2012 06:17:04      First Midwest Bank/na,
               300 N Hunt Club Rd,    Gurnee, IL 60031-2502
17812735      E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2012 04:17:14      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17052962     +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:16:20      Gemb/care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
17052964     +E-mail/Text: pgray@hinsdalebank.com Jun 19 2012 04:20:20      Hinsdale Bank & Trust,
               25 E First St,    Hinsdale, IL 60521-4119
17052968      E-mail/Text: cio.bncmail@irs.gov Jun 19 2012 01:47:21      IRS,    PO Box 7346,
               Philadelphia, PA 19101-7346
```

```
District/off: 0752-1          User: mgonzalez           Page 2 of 3              Date Rcvd: Jun 18, 2012
                              Form ID: pdf006          Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
17052970      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 19 2012 03:10:50    Kohls,   Attn: Recovery Dept,
               Po Box 3120,   Milwaukee, WI 53201-3120
17052971      +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:37    Lowes / MBGA,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
17052979      +Fax: 847-227-2151 Jun 19 2012 04:15:30    Mrsi,   2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
17052987      +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:37    Sams Club,
               Attention: Bankruptcy Department,   Po Box 105968,   Atlanta, GA 30348-5968
17052993      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 19 2012 03:56:18    Verizon,
               Attn: Bankruptcy,   Po Box 3397,   Bloomington, IL 61702-3397
17571624       E-mail/Text: bnc-alliance@quantum3group.com Jun 19 2012 05:34:52
               World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
               Kirkland, WA 98083-0788
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17563948*    +Marquette National Bank,   9612 W. 143rd Street,   Orland Park, IL 60462-2000
17052944    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17052947    ##+Bk Of Amer,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2012**                        **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez              Page 3 of 3                  Date Rcvd: Jun 18, 2012
                              Form ID: pdf006              Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2012 at the address(es) listed below:

          Donald L. Newman    on behalf of Creditor   Hinsdale Bank & Trust Co. dnewmanassoc@yahoo.com,
           dnewmanassoc@yahoo.com
          Nathan C Volheim    on behalf of Debtor James Czapczyk NDILnotices@maceybankruptcylaw.com,
           CourtNotice@maceybankruptcylaw.com;NVolheim@maceybankruptcylaw.com;bk@maceybankruptcylaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
                                                                                                                      TOTAL: 4

Case 11-13631 Doc 29 Filed 06/18/12 Entered 06/20/12 23:40:09 Desc Imaged
Certificate of Notice Page 7 of 7