UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
CZAPCZYK, JAMES J                       §       Case No. 11-13631
                                        §
                                        §
        Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Hinsdale Bank & Trust 25 E First St Hinsdale, IL 60521 |  |  |  |  |  |
| 000003 | MARQUETTE NATIONAL BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MARQUETTE NATIONAL BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Samaritan Hospital 3815 Highland Ave Downers Grove, IL 60515 | | | | | |
| | Amex c/o Beckett & Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Avco Finance 3300 S Parker Rd Ste 330 Aurora, CO 80014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ballys 8700 West Bryn Mawr Chicago, IL 60631 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank One Attention: Banktruptcy Department 451 Florida St Baton Rouge, LA 70801 | | | | | |
| | Bankfirst 1509 W 41st St Sioux Falls, SD 57105 | | | | | |
| | Bk Of Amer Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Care Credit/ GEMB OH3-4233 950 Forrer Blvd. Dayton, OH 45420 | | | | | |
| | Carsons Pirie Scott/HSBC PO BOX 15521 Wilmington, DE 19805 | | | | | |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | | | | |
| | Chase-pier1 Attn: Recovery Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi-bp Oil Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Discover P.O. Box 3008 New Albany, OH 43054-3008 | | | | | |
| | Dreyer Medical Clinic 1870 W Galena Blvd Aurora, IL 60506 | | | | | |
| | Dupage Emergency Physicians PO Box 366 Hinsdale, IL 60522 | | | | | |
| | First Midwest Bank/na 300 N Hunt Club Rd Gurnee, IL 60031 | | | | | |
| | Gemb/care Credit Po Box 981439 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Good Samaritan Hospital 3815 Highland Ave Downers Grove, IL 60515 | | | | | |
| | Home Deport Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/ms Po Box 3425 Buffalo, NY 14240 | | | | | |
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | | | | |
| | Lowes / MBGA Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Macy's PO Box 8066 Mason, OH 45040 | | | | | |
| | Marquette National Ban 6316 South Western Avenue Chicago, IL 60636 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Bureau 1175 Devin Dr. Ste 171 Muskegon, MI 49441 | | | | | |
| | Medical Recovery Specialists, Inc. 2200 E Devon Ave Ste 288 Des Plaines, IL 60018 | | | | | |
| | Midwest Diagnostic Pathology 75 Remittance Drive Suite 3070 Chicago, IL 60675-3070 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | National City Card Ser P.o.box 500\k-a16-2j Portage, MI 49081 | | | | | |
| | Nbgl Carsons Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Quest Diagnostics PO Box 809403 Chicago, IL 60680-9403 | | | | | |
| | Riverside Phychiatric & Counseling PO Box 681131 Schaumburg, IL 60168 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Rush Copley Family Practice 2060 Ogden Ave Suite B Aurora, IL 60504 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Sears/cbsd Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Spiegel Attn: Bankruptcy Po Box 9428 Hampton, VA 23670 | | | | | |
| | Steven J Fink & Associates 25 E Washington Suite 1233 Chicago, IL 60602 | | | | | |
| | Target Po Box 59317 Minneapolis, MN 55459 | | | | | |
| | Value City Furniture P.O. Box 659704 San Antonio, TX 78265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Attn: Bankruptcy Po Box 3397 Bloomington, IL 61702 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wfnnb/value City Furn Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| 000011 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | CAPITAL ONE,N.A | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000009 | GE MONEY BANK | | | | | |
| 000004B | IRS | | | | | |
| 000010 | PNC BANK | | | | | |
| 000005 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-13631 BWB Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | CZAPCZYK, JAMES J | Date Filed (f) or Converted (c): 03/31/11 (f) |
| | | 341(a) Meeting Date: 05/09/11 |
| For Period Ending: 10/23/12 | | Claims Bar Date: 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real estate located at 310 Bucktail | 155,161.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Checking account with Cole Taylor | 2.19 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Miscellaneous used household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. AIG - Term Life Insurance - no cash surrender va | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Anticipated 2010 Tax Refund: 0.00 | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 2000 Chrysler 300M with 135,000 miles Value Per | 2,940.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2003 Infiniti I35 with 108,000 miles Value Per K | 5,165.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Preference (u) | 0.00 | 7,000.00 | | 7,000.00 | FA |
| Collection of Preferential Transfer made by Debtor to Grandfather. Money paid by Frank Szmudanowski. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.33 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $164,768.19 $7,000.00 $7,000.33 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-13631    BWB    Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | CZAPCZYK, JAMES J | Date Filed (f) or Converted (c): 03/31/11 (f) |
| | | 341(a) Meeting Date: 05/09/11 |
| | | Claims Bar Date: 10/11/11 |

Initial Projected Date of Final Report (TFR): 07/05/12     Current Projected Date of Final Report (TFR): 07/05/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-13631 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CZAPCZYK, JAMES J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******1565  Money Market Account |
| Taxpayer ID No: | *******9947 | | |
| For Period Ending: | 10/23/12 | Blanket Bond (per case limit): | $  0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/05/11 | 8 | Frank Szumdanowski  12730 S. Winnebago Road  Palos Heights, IL  60463-2050 | Funds turned over by Frank Szumdanowski due to preferential transfer demand by Trustee.  DEPOSIT CHECK #0683482 | 1241-000 | 7,000.00 | | 7,000.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,000.04 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.15 | 6,991.89 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,991.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,966.94 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,966.99 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,941.99 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,942.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,917.04 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,917.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,892.09 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,892.14 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,867.14 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,867.18 |
| 01/27/12 | | Transfer to Acct #*******4018 | Bank Funds Transfer | 9999-000 | | 6,867.18 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 7,000.33 | 7,000.33 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 6,867.18 | |
| Subtotal | | 7,000.33 | 133.15 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 7,000.33 | 133.15 | |

Page Subtotals         7,000.33         7,000.33

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-13631 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CZAPCZYK, JAMES J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4018 Checking Account |
| Taxpayer ID No: | *******9947 | | |
| For Period Ending: | 10/23/12 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******1565 | Bank Funds Transfer | | 9999-000 | 6,867.18 | | 6,867.18 |
| 07/30/12 | 001001 | PETER N METROU | Chapter 7 Compensation/Expense | | | | 1,463.53 | 5,403.65 |
| | | 123 W. WASHINGTON STREET | | | | | | |
| | | SUITE 216 | | | | | | |
| | | OSWEGO, IL 60543 | | | | | | |
| | | | Fees | 1,450.03 | 2100-000 | | | |
| | | | Expenses | 13.50 | 2200-000 | | | |
| 07/30/12 | 001002 | IRS | Claim 000004A, Payment 18.16292% | | 5900-000 | | 5,403.65 | 0.00 |
| | | PO Box 7346 | | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,867.18 | 6,867.18 | 0.00 |
| Less: Bank Transfers/CD's | 6,867.18 | 0.00 | |
| Subtotal | 0.00 | 6,867.18 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,867.18 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********1565 | 7,000.33 | 133.15 | 0.00 |
| Checking Account - ********4018 | 0.00 | 6,867.18 | 0.00 |
| | 7,000.33 | 7,000.33 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 6,867.18 6,867.18

Ver: 17.00b